UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN ARTHUR MIRANDA,<br><br>    Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | NO. EDCV 17-0415-AB (AGR)<br><br>JUDGMENT |

Pursuant to the Order dated March 22, 2017 and the Order dated August 17, 2017,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: August 17, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge